# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JUAN MANUEL LANDAVERDE, 263540,** : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 19-0111-JB-N |
| **LANETTA BANKS,** : | |
| Defendant. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

**DONE** this 14th day of August, 2019.

                                         **s/JEFFREY U. BEAVERSTOCK**
                                         **UNITED STATES DISTRICT JUDGE**