IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JUAN MANUEL LANDAVERDE, 263540, : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 19-0111-JB-N |
| LANETTA BANKS, : | |
| Defendant. : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE** this 14th day of August, 2019.

s/JEFFREY U. BEAVERSTOCK
**UNITED STATES DISTRICT JUDGE**